Rick D. Roskelley, Utah Bar #7772
rroskelley@littler.com
Ethan D. Thomas, Utah Bar #15751
edthomas@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Facsimile:      702.862.8811

Attorneys for Defendant
PAYLESS SHOESOURCE, INC., d.b.a. PAYLESS SHOESOURCE #2173

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>            Plaintiff,<br><br>    v.<br><br>PAYLESS SHOESOURCE, INC., d.b.a. PAYLESS SHOESOURCE #2173,<br><br>            Defendant. | Case No. 2:17-cv-00780-DN<br><br>**STIPULATED MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>Judge:  David Nuffer |

Plaintiff, SAMUEL BURNINGHAM and Defendant, PAYLESS SHOESOURCE, INC., d.b.a. PAYLESS SHOESOURCE #2173, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation. A proposed order is attached hereto as Exhibit 1 and will also be submitted electronically to the Court.

Dated this 11th day of October, 2017        Dated this 11th day of October, 2017

*/s/ Michael P. Studebaker*                              */s/ Ethan D. Thomas*
Michael P. Studebaker                                    Rick D. Roskelley
STUDEBAKER LEGAL SERVICES, P.C.      Ethan D. Thomas
                                                                          LITTLER MENDELSON, P.C.

Attorney for Plaintiff                                        Attorneys for Defendant
SAM BURNINGHAM                                     PAYLESS SHOESOURCE, INC., d.b.a.
                                                                          PAYLESS SHOESOURCE #2173

Firmwide:150558015.1 090730.1003